# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEONARD M. HAIRSTON, | Case No.: 2:19-cv-01744-APG-VCF |
| Petitioner | **Order** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents | |

Petitioner Leonard M. Hairston has submitted a *pro se* petition for writ of habeas corpus, under 28 U.S.C. § 2254. ECF No. 1-1. He has not, however, either paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. *See* 28 U.S.C. § 1915(a)(2); Local Rule LSR1-2.

I THEREFORE ORDER Mr. Hairston to submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis* **by December 16, 2019**. If he fails to do so, I may dismiss this action without prejudice and without further warning.

Dated: November 13, 2019.

Andrew P. Gordon
United States District Judge