# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEONARD M. HAIRSTON,

    Petitioner

v.

BRIAN WILLIAMS, et al.,

    Respondents

Case No.: 2:19-cv-01744-APG-VCF

**Order**

    Petitioner Leonard M. Hairston has filed a motion for extension of time to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* with the required inmate account statements for the past sixth months and financial certificate. ECF No. 4. The motion is supported by good cause.

    I ORDER that **by February 1, 2020**, Hairston shall submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*. The failure to do so may result in the dismissal of this action without prejudice and without further warning.

    Dated: December 5, 2019.

                                              ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE