# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LEONARD M. HAIRSTON,

              Petitioner,

    v.

BRIAN WILLIAMS, et al.,

              Respondents.

Case No. 2:19-cv-01744-APG-VCF

**ORDER**

Leonard M. Hairston has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition. His application to proceed *in forma pauperis* (ECF No. 6) is granted.

While Hairston has used the court's required form, he has not alleged any discernible grounds for relief. Under "ground 1" he sets forth in narrative form what appears to be at least some of the procedural history of one or more of his state-court criminal cases. Hairston also includes allegations regarding injuries allegedly suffered while in state custody. Habeas relief is available to a "person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Hairston also filed what he styled a supplement to the petition. ECF No. 8. The supplement is not on the court's form and again seems to set forth in narrative form a history of Hairston's state court proceedings. Hairston allege that his detention was unlawful, but the basis for that allegation is unclear.

Accordingly, I will dismiss Hairston's petition with leave to file an amended habeas corpus petition on the court's § 2254 habeas form that clearly sets forth each federal habeas ground and briefly sets forth the factual basis for each ground.

1    I THEREFORE ORDER that the petitioner's application to proceed *in forma pauperis*

2  **(ECF No. 6) is GRANTED**.

3    I FURTHER ORDER the Clerk to detach and file the petition (ECF No. 1-1).

4    I FURTHER ORDER that the petition is **DISMISSED** with leave to file an amended

5  habeas corpus petition in conformance with this order.  Hairston shall file his amended petition

6  within **30 days** of the date of this order.  Hairston is expressly advised that failure to file an

7  amended petition in conformance with this order will result in the dismissal of this action.

8    I FURTHER ORDER the Clerk to send to Hairston one copy of this court's form § 2254

9  habeas petition, one copy of the information and instructions for filing a § 2254 habeas petition,

10  and one copy of the papers Hairston has filed in this action.

11    I FURTHER ORDER that Hairston's motion for extension of time to file a supplement

12  **(ECF No. 7) is GRANTED** *nunc pro tunc*.

13    Dated:   March 26, 2020.

14                                    ANDREW P. GORDON
                                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23