# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEONARD M. HAIRSTON,

        Petitioner,

v.

BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:19-cv-01744-APG-VCF

**ORDER**

On March 26, 2020, I dismissed Leonard M. Hairston's *pro se* 28 U.S.C. § 2254 habeas corpus petition without prejudice and with leave to file an amended petition. ECF No. 9. That order was sent via U.S. Mail to Hairston at his address of record. *See* ECF No. 11. The order was returned with the notation "RTS – Return to Sender, Attempted – Not Known, Unable to Forward." *Id*. Local Rule IA 3-1 requires a pro se party to immediately file with the court written notification of any change of mailing address and to also file proof of service on the opposing party. "Failure to comply with this rule may result in the dismissal of the action. . . ." Hairston has not filed a change of address and the Nevada Department of Corrections online inmate database reflects that he has discharged his sentence. Accordingly, this action is dismissed for failure to update address.

I THEREFORE ORDER that this action is DISMISSED. The Clerk shall enter judgment accordingly and close this case.

I FURTHER ORDER that a certificate of appealability is denied.

Dated: April 16, 2020.

                              ANDREW P. GORDON
                              UNITED STATES DISTRICT JUDGE